UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Michael Dewayne Perseke,

      Plaintiff,

vs.

Kevin D. Moser, et al.,

      Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civil No. 16-557 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Defendants' Motion to Dismiss Plaintiff's Complaint, [Docket No. 8], is **GRANTED.**

2. Plaintiff's claims against the named individual Defendants in their individual capacities are **DISMISSED without prejudice**.

3. Plaintiff's claims for injunctive remedies against all Defendants in their official capacities are **DISMISSED without prejudice**.

4. Plaintiff's claims for monetary and punitive damages against all Defendants in their official capacities are **DISMISSED with prejudice**.

5. Judgment is entered accordingly.

DATED: 10/24/16  
At Minneapolis, Minnesota

s/Patrick J. Schiltz  
Patrick J. Schiltz, Judge  
United States District Court